| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:03-CR-00993-002-DB |
| | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Richard Tyler | District of Utah |
| | DIVISION |
| | Central |

**08CR 498**
**JUDGE JOHN W DARRAH**
**MAGISTRATE JUDGE COX**

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Dee Benson |

| DATES OF SUPERVISION TERM | FROM April 16, 2008 | TO April 15, 2011 |
|---|---|---|

**OFFENSE**

Possession of a Firearm by a Convicted Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

06/03/08
Date

*/s/ Dee Benson*
Honorable Dee Benson
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

JUN 2 3 2008
Effective Date

United States District Judge

WMS/wwm

**FILED**
JUN 2 4 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT