UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 498 |
| vs. | ) | |
| | ) | Judge John W. Darrah |
| RICHARD TYLER | ) | |

**ATTORNEY DESIGNATION**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5359

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers on JULY 29, 2008.

s/ Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5359